**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery Wallace, | No. CV-23-00071-TUC-JGZ |
| Plaintiff, | **ORDER** |
| v. | |
| Hartford Life and Accident Insurance Company, | |
| Defendant. | |

Having considered the Parties' Joint Stipulation to Continue Oral Argument (Doc. 35), and good cause appearing,

**IT IS ORDERED** the Joint Stipulation to Continue Oral Argument (Doc. 35) is **granted**. The oral argument scheduled for May 16, 2024 is **vacated**, and reset for **May 31, 2024 at 9:00 a.m.**

Dated this 10th day of May, 2024.

_____
Jennifer G. Zipps
United States District Judge