IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeffery Wallace,<br><br>  Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company,<br><br>  Defendant. | **NO. CV-23-00071-TUC-JGZ**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 31, 2025, which granted the Defendant's Motion for Summary Judgment, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and this action is hereby closed.

               Debra D. Lucas
               District Court Executive/Clerk of Court

March 31, 2025

               s/ S. Bracamonte
            By Deputy Clerk